AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| STACY WILLIS, as personal representative of the Estate of MITVHELL EVERETT WILLIS, deceased <br><br> Plaintiff(s), <br><br> v. <br> OKLAHOMA COUNTY DETENTION CENTER; et al. <br><br> Defendant(s). | Case No. CIV-18-323-D |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Johnathon Johnson
11100 Roxboro Ave. Apt. 2516
Oklahoma City, OK 73162-2555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Micky Walsh & Derek S. Franseen
Walsh & Franseen
200 E. 10th Street Plaza
Edmond, OK 73034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
10:24 am, Dec 05, 2018
CARMELITA REEDER SHINN, Clerk

By: *Miny Luten*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-18-323-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Johnathon Johnson__
was received by me on *(date)* __1/8/2019__.

☒ I personally served the summons on the individual at *(place)* __2201 NW 122nd Apt #3011 OKC OK 73120__ on *(date)* __3/25/19__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __250.00__ / __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/25/19__

*Server's signature:* Jack Beall

*Printed name and title:* Jack Beall Private Process Server PSS 2018-31

*Server's address:* 3504 Mockingbird Ln MWC OK 73110  405-640-2544

Additional information regarding attempted service, etc: