# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STACY WILLIS, as Personal Representative of the Estate of MITCHELL EVERETT WILLIS, deceased,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>(1) OKLAHOMA COUNTY DETENTION CENTER; et al.,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case No. CIV-18-323-D<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is the Unopposed Application for Writ of Assistance Pursuant to 63 O.S. §§ 939 and/or 949 [Doc. No. 113], filed by Plaintiff Stacy Willis, next-of-kin and Personal Representative of the Estate of Mitchell Everett Willis, deceased. Without objection by the other parties or the Office of the Chief Medical Examiner, State of Oklahoma, Plaintiff requests that this Court enter an Order directing the Office of the Chief Medical Examiner to produce and permit inspection and copying of all documents in the Medical Examiner Case File, including but not limited to photographs, if applicable, concerning the death of Mitchell Everett Willis, with the exception of physical evidence and those documents to which the Medical Examiner claims a privilege and/or is prohibited by statute from producing. Plaintiff also asks this Court to Order the video deposition of Medical Examiner Edana Stroberg, D.O., for testimony concerning the death of Mitchell Everett Willis, with date of birth March 29, 1963, collected following his death on the 18th day of August, 2017, in Oklahoma City, Oklahoma

County, Oklahoma. Further, Plaintiff requests that said documents be produced and the deposition be scheduled on or before fourteen (14) business days after receipt by the Office of Chief Medical Examiner of a certified copy of this Order, and as provided by OKLA. STAT. tit. 63, §§ 939 and/or 949, including costs to the requesting party. The parties agree that any and all subpoenas, motions, or orders in the above-captioned lawsuit pending before this Court in which the Office of the Chief Medical Examiner is an interested party shall be rendered moot by this Order.

Upon consideration, and for good cause shown, the Application is **GRANTED.**

**IT IS THEREFORE ORDERED** that upon payment of the applicable fees and costs, the Office of the Chief Medical Examiner is directed to produce and permit inspection and copying of all documents in the Medical Examiner Case File, including photographs, if applicable, concerning the death of Mitchell Everett Willis, with the exception of physical evidence and those documents to which the Medical Examiner claims a privilege and/or is prohibited by statute from producing.

**IT IS FURTHER ORDERED** that Plaintiff may take the video deposition of Medical Examiner Edana Stroberg, D.O., for testimony concerning the death of Mitchell Everett Willis, with date of birth March 29, 1963, collected following his death on the 18th day of August, 2017, in Oklahoma City, Oklahoma County, Oklahoma.

**IT IS FURTHER ORDERED** that said documents be produced and the deposition be scheduled on or before fourteen (14) business days after receipt by the Office of Chief Medical Examiner of a certified copy of this Order, and as provided by state statutes, including costs to the requesting party as provided by OKLA. STAT. tit. 63, §§ 939 and/or

949, and released and delivered to Derek S. Franseen, Walsh & Franseen, 200 E. 10th Street Plaza Edmond, OK 73034.

**IT IS FURTHER ORDERED** that all subpoenas, motions, and orders in the above-captioned lawsuit in which the Office of the Medical Examiner of Oklahoma is an interested party shall be considered mooted by this Order.

**IT IS SO ORDERED** this 14th day of April, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge