**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

STACY WILLIS, *et al*.,

      Plaintiff,

v.

JONATHAN JOHNSON, *et al.*,

      Defendants.

Case No. CIV-18-323-D

**FINAL WITNESS AND EXHIBIT LIST OF**
**DEFENDANTS KODY WARD AND TIFFANY WILLIAMSON**

Defendants Kody Ward and Tiffany Williamson submit the following Witness and

Exhibit List.

**Witness List**

| No. | Name | Potential testimony | Will Call/May Call |
|-----|------|--------------------|--------------------|
| 1. | Stacy Willis<br>c/o Plaintiff's counsel | Deposed. | May call |
| 2. | Jonathan Johnson<br>c/o Gary J. James<br>P.O. Box 2443<br>Oklahoma City, OK 73012 | Deposed. | Will call. |
| 3. | James Newkirk<br>c/o Gary J. James<br>P.O. Box 2443<br>Oklahoma City, OK 73012 | Deposed. | Will call. |
| 4. | Bryan Cornelius<br>c/o Randall J. Wood | Deposed. | May call. |

| | | | |
|---|---|---|---|
| | Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis Oklahoma City, OK 73106 | | |
| 5. | Alejandro Pichardo c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis Oklahoma City, OK 73106 | Deposed. | May call. |
| 6. | Tiffany Carter c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis Oklahoma City, OK 73106 | Deposed. | May call. |
| 7. | Kayode Atoki c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis Oklahoma City, OK 73106 | Deposed. | May call. |
| 8. | Richard Casaus c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis Oklahoma City, OK 73106 | Deposed. | May call. |
| 9. | Kody Ward c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis | Deposed. | Will call. |

|     | Oklahoma City, OK 73106 |     |     |
| --- | --- | --- | --- |
| 10. | Tiffany Williamson c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis Oklahoma City, OK 73106 | Deposed. | Will call. |
| 11. | Tim Tipton c/o Randall J. Wood Pierce Couch Hendrickson Baysinger & Green, L.L.P. 1109 N. Francis Oklahoma City, OK 73106 | Expert witness. Previously deposed. | May call. |
| 12. | All witnesses listed by Plaintiff or other Defendants to which these Defendants do not object. |     |     |
| 13. | Any witnesses needed to identify or authenticate any exhibits. |     |     |
|     | Defendants reserve the right to list additional witnesses as discovery continues. |     |     |

## Exhibit List

| No. | Document |
| --- | --- |
| 1. | Excerpts from Jail Video showing placement of Mr. Willis in cell, and sight checks of Officers Newkirk, Ward, and Williamson. |
| 2. | Plaintiff's Answers to Interrogatories submitted by each Defendant |
| 3. | Each Defendants' Answers to Plaintiff's Interrogatories |

| | |
|---|---|
| 4. | Oklahoma City Police Department Crime Report (Exhibit 3 to Deposition of Plaintiff) |
| 5. | Offender booking sheets for Mitchell Willis. |
| 6. | Pleadings in case no. PB-2017-945, District Court of Oklahoma County, *In re: Estate of Mitchell Willis, deceased.* |
| 7. | Pleadings in case no. CF-2003-2991, *State of Oklahoma v. Mitchell Willis*, District Court of Oklahoma County, State of Oklahoma. |
| 8. | Tim Tipton CV and Expert Report |
| 9. | Summary of OSBI Interview with Kody Ray Ward |
| 10. | Summary of OSBI Interview with Tiffany Lashawn Williamson |
| 11. | August 18, 2017 Sight Check Log for Cell 13C-03 |
| 12. | Medical Examiner's report |
| | All documents listed, identified or produced by Plaintiff or other Defendants if not objected to. |
| | Enlargements or excerpts of records |
| | Any and all impeachment or rebuttal exhibits that may be developed or may be necessary to the proper defense of claims against Defendants. |

Respectfully submitted,

s/ Randall J. Wood

Randall J. Wood, OBA #10531
Robert S. Lafferrandre, OBA #11897
Jeffrey C. Hendrickson, OBA #32798
Pierce Couch Hendrickson
Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rwood@piercecouch.com
jhendrickson@piercecouch.com

*Attorneys for Defendants*
*Kody Ward and Tiffany Williamson*

## <u>CERTICATE OF SERVICE</u>

I certify that on **May 4, 2021**, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file; the Clerk of Court will transmit a Notice of Electronic Filing to all counsel who have entered their appearance in this case.

| | |
|---|---|
| Derek S. Franseen | dfranseen@walshlawok.com |
| Michael A. Walsh | mwalsh@walshlawok.com |
| Monty L. Cain | monty@cainlaw-okc.com |
| Michael M. Blue | michael.blue@cox.net |
| Gary J. James | Gary@garyjameslaw.com |
| Matthew C Frisby | frisbylaw@gmail.com |

s/ Randall J. Wood

Randall J. Wood